**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM C. HALEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-1839 (UNA) |
| | ) | |
| WILLIAM TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review Plaintiff's application to proceed *in forma pauperis* (ECF No. 2), *pro se* complaint (ECF No. 1), and motion for CM/ECF password (ECF No. 3). The Court GRANTS the application, DISMISSES the complaint and this civil action without prejudice, and DENIES the motion as moot.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and the Court cannot exercise subject matter jurisdiction over a frivolous complaint, *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974) ("Over the years, this Court has repeatedly held that the federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'") (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009). Consequently, the Court is obligated to dismiss a complaint as frivolous when "the facts alleged rise to the level of the irrational or the wholly incredible," *Denton v. Hernandez*, 504

U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981).

Upon review of the complaint, with its allegations of surveillance, intercepted communications, conspiracy, extortion, and sabotage of plaintiff's business, the Court concludes that this pleading is frivolous. The Court cannot exercise jurisdiction of a frivolous complaint. An Order will be issued separately.

DATE: October 14, 2026

2026.10.14
15:50:42 -04'00'

TREVOR N. McFADDEN
United States District Judge